PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

5:19MJ006

Name of Offender: Luis Medrano                      Cr.: 11-00615-001
                                                    PACTS #: 62682

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM H. WALLS
                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/14/2012

Original Offense:  Unlawful Transport Of Firearms - Etc., 18 U.S.C. 922G.F

Original Sentence: 77 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Mental Health Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/9/2017

## NONCOMPLIANCE SUMMARY

This offender relapsed due to severe drug addiction, incurred a new arrest, and failed to attend treatment as directed. Your Honor signed a *Petition for Warrant or Summons for Offender Under Supervision* on June 27, 2018, based on the non-compliance. An amended petition was submitted to the Court on January 15, 2019, to include a new arrest in Pennsylvania. Medrano remains in Pennsylvania State Custody on new charges and a federal warrant is lodged as a detainer.

**U.S. Probation Officer Action:**

The offender has voluntarily agreed to participate in a long-term residential treatment program at the Pennsylvania Teen and Adult Challenge program in Rehrersburg, Pennsylvania. Our office respectfully requests Medrano's warrant be rescinded to afford him the opportunity to be released from Pennsylvania Department of Corrections custody directly to inpatient treatment.

2019
mS

Prob 12A – page 2
Luis Medrano

The probation office will request courtesy supervision from the Eastern District of Pennsylvania to monitor the offender in treatment. Our office will request a hearing before Your Honor to address the pending violations upon his completion from the program. Should he fail to comply with treatment, our office will immediately request a warrant.

Respectfully submitted,

By: Ivettelis Perez
U.S. Probation Officer
Date: 01/29/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Rescind warrant and schedule Violation of Supervised Release hearing at a later date (as recommended by the Probation Office)

[ ] No Action

[ ] Other

_____
Signature of Judicial Officer

1/31/19
Date